| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  WRIGHT, SUSAN W. | 2. Court or Organization  EASTERN DISTRICT OF ARKANSAS | 3. Date of Report  06/04/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. DISTRICT JUDGE (Senior) | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
600 W. CAPITOL AVE., SUITE 522
LITTLE ROCK, AR 72201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | FIVE (5) ▒▒▒▒ TRUST |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | First Amendment Center | February 20-22, 2013 | Nashville, TN | Moot Court | travel, lodging and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA/CREF-1 S403(b) | C | Interest | M | T | Distributed (part) | 02/01/13 | K | | |
| 2. Jonesboro AR Res Hsg & Health Care Fac (Y) | | | | | | | | | |
| 3. Metropolitan Bank Account | A | Interest | K | T | | | | | |
| 4. T.D. Williamson, Inc. C.S. (Ed.) | F | Dividend | O | T | | | | | |
| 5. Oppenheimer Main St. Fnd (Y) | | | | | | | | | |
| 6. ▨ Testamentary Trust I (BW) MSDW | B | Int./Div. | L | T | | | | | |
| 7. - PIMCO Unconstrained Bond P (PUCPX) | | | | | Sold (part) | 04/02/13 | J | A | |
| 8. - TCW Galileo Div Focus N (Y) | | | | | | | | | |
| 9. - MS(DW) Active Asset Money Fd | | | | | | | | | |
| 10. - Alerian MLP ETF | | | | | | | | | |
| 11. - Gug BLT 2018 Corp Bnd ETF | | | | | | | | | |
| 12. - Guggenheim Bullershr 2017 CBE (BSCH) | | | | | | | | | |
| 13. - Guggenheim Bulletshares 2015 (BSJF) | | | | | | | | | |
| 14. - Guggenheim Enhanced Short Dura (GSY) | | | | | Buy (add'l) | 04/02/13 | J | | |
| 15. | | | | | Sold (part) | 05/23/13 | J | A | |
| 16. | | | | | Sold (part) | 05/31/13 | J | A | |
| 17. | | | | | Buy (add'l) | 08/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/21/13 | J | | |
| 19. - IShares Silver Trust (SLV) | | | | | | | | | |
| 20. - IShares Barclay's Tips BD FD (TIP) | | | | | Sold | 04/02/13 | J | A | |
| 21. - IShares JP Morgan EM Bond Fd (EMB) | | | | | Sold (part) | 06/20/13 | J | | |
| 22. | | | | | Sold | 08/13/13 | J | | |
| 23. - IShares MSCI Canada Index Fd. | | | | | Sold | 04/02/13 | J | A | |
| 24. - IShares S&P 500 Growth Index | | | | | Sold (part) | 04/12/13 | J | A | |
| 25. - IShares S&P Midcap 400 Index (ISHE) | | | | | | | | | |
| 26. - IShares S&P Smallcap 600 Index | | | | | | | | | |
| 27. - Powershares DB Comm Trk Inc. | | | | | | | | | |
| 28. - SPDR DJ Wilshire Global Rea | | | | | | | | | |
| 29. - Utilities Sel Sec SPDR Fund | | | | | Sold | 08/27/13 | J | A | |
| 30. - Vanguard Div. Appreciation | | | | | Sold (part) | 04/02/13 | J | A | |
| 31. - Vanguard European MSCI ETF | | | | | Buy (add'l) | 04/02/13 | J | | |
| 32. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 33. - Vanguard Emerging Mkts. (VWO) | | | | | Buy (add'l) | 07/30/13 | J | | |
| 34. | | | | | Sold (part) | 08/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Wisdom Tree Div Top 100 (DTN) | | | | | | | | | |
| 36. - Wisdomtree Equity Income Funds | | | | | | | | | |
| 37. - Wisdomtree Trust Emrg Mkt Eqt | | | | | Buy (add'l) | 07/30/13 | J | | |
| 38. | | | | | Sold (part) | 08/27/13 | J | | |
| 39. - Oppenheimer Dev. Mkts Y (ODVYX) (mutual funds) | | | | | | | | | |
| 40. - Thornburg Intl Val I (mutual funds) | | | | | | | | | |
| 41. - Virtus Multi Sect Sht Trm BDI | | | | | Sold (part) | 06/20/13 | J | | |
| 42. | | | | | Sold (part) | 07/30/13 | J | | |
| 43. | | | | | Sold (part) | 08/27/13 | J | | |
| 44. - IShares S&P 500 Val Index (X) | | | | | | | | | |
| 45. - ISHARES MSCI ASIA EX-JAPAN EFT | | | | | Buy | 02/07/13 | J | | |
| 46. - ISHARES MSCI EAFE SM CAP ETF | | | | | Buy | 02/07/13 | J | | |
| 47. - ISHARES MSCI EMU ETF | | | | | Buy | 11/21/13 | J | | |
| 48. - ISHARES MSCI JAPAN ETF | | | | | Buy | 09/18/13 | J | | |
| 49. - WISDOMTREE TRUST JAPN HEDGE EQ | | | | | Buy | 04/02/13 | J | | |
| 50. | | | | | Buy (add'l) | 07/30/13 | J | | |
| 51. | | | | | Sold (part) | 09/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ▮▮ Testamentary Trust II BW (MSDW) | A | Int./Div. | K | T | | | | | |
| 53. - Pimco Total Return A (Y) | | | | | | | | | |
| 54. - TCW Div Focused N (Y) | | | | | | | | | |
| 55. - US Treasury Note (Y) | | | | | | | | | |
| 56. - Alerian MLP (Y) | | | | | | | | | |
| 57. - IShares Silver Trust (SLV) (Y) | | | | | | | | | |
| 58. - Powershares (Y) | | | | | | | | | |
| 59. - SPDR DJ Wilshire Global (Y) | | | | | | | | | |
| 60. - Utilities Sel. Sect. SPDR | | | | | Sold (part) | 04/02/13 | J | A | |
| 61. | | | | | Sold (part) | 07/30/13 | J | A | |
| 62. | | | | | Sold | 08/27/13 | J | A | |
| 63. - Wisdomtree Div Top 100 (DTN) (Y) | | | | | | | | | |
| 64. - Wisdomtree Equity Income Fund (DHS) (Y) | | | | | | | | | |
| 65. - Wisdomtree Trust Emrg Mkt. Eqt (DEM) (Y) | | | | | | | | | |
| 66. - Money Fund 1 (MSDW) | | | | | | | | | |
| 67. - Gug Blt 2018 Corp Bnd ETF (BSCI) (Y) | | | | | | | | | |
| 68. - Guggenheim Bullershr 2017 CBE (BSCH) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Guggenheim Bulletshares 2015 (BSJF) (Y) | | | | | | | | | |
| 70. - Guggenheim Enhanced Short Dura (GSY) | | | | | Buy (add'l) | 04/02/13 | J | | |
| 71. - IShares Barclay's Tips BD FD (TIP) | | | | | Sold | 04/02/13 | J | A | |
| 72. - IShares JP Morgan EM Bond (Fd)(EMB) | | | | | Sold (part) | 06/20/13 | J | | |
| 73. | | | | | Sold | 08/13/13 | J | | |
| 74. - IShares MSCI Aust Index Fund (EWA) | | | | | Sold | 02/07/13 | J | A | |
| 75. - IShare MSCI Canada Index Fd. (EWC) | | | | | Sold | 04/02/13 | J | | |
| 76. - IShares S&P 500 Grwth Index (IVW) | | | | | | | | | |
| 77. - IShares S&P Midcap 400 Index | | | | | | | | | |
| 78. - IShares Smallcap 600 Index (UR) (Y) | | | | | | | | | |
| 79. - Powershares DB Comm Trk Inc. (DBC) | | | | | | | | | |
| 80. - Vanguard Dividend Appreciation (Y) | | | | | | | | | |
| 81. - Vanguard European MSCI ETF (VGK) | | | | | | | | | |
| 82. - Vanguard MSCI Emerging Markets (VWO) | | | | | Sold (part) | 08/27/13 | J | | |
| 83. | | | | | Sold | 09/11/13 | J | A | |
| 84. - Oppenheimer Dev. Mkts. Y (ODVYX) (mutual funds) (Y) | | | | | | | | | |
| 85. - Thornburg Intl Val I (TGVIX) (mutual fds.) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Virtus Multi Sect Sht Trm BDI | | | | | | | | | |
| 87. - PIMCO UNCONSTRAINED BOND P (PUCPX) (X) | | | | | Sold (part) | 04/02/13 | J | A | |
| 88. - ISHARES MSCI EAFE SM CAP ETF (SCZ) | | | | | Buy | 02/07/13 | J | | |
| 89. - ISHARES MSCI JAPAN ETF (EWJ) | | | | | Buy | 09/18/13 | J | | |
| 90. - WISDOMTREE TRUST JAPN HEDGE EQ (DXJ) | | | | | Buy | 04/02/13 | J | | |
| 91. Trust 1 | B | Int./Div. | L | T | | | | | |
| 92. - Alerian | | | | | | | | | |
| 93. - Gug BLT 2018 Corp | | | | | | | | | |
| 94. - Guggenheim Bullershr 2017 CBE (BSCH) | | | | | | | | | |
| 95. - Guggenheim Bulletshares 2015 (BSJF) | | | | | | | | | |
| 96. - Guggenheim Enhanced Short Dura (GSY) | | | | | | | | | |
| 97. - IShares Silver Trust (SLV) | | | | | | | | | |
| 98. - IShares Barclays Tips BD FD | | | | | Sold | 04/02/13 | J | A | |
| 99. - IShares JP Morgan EM Bond FD | | | | | Sold (part) | 06/20/13 | J | | |
| 100. | | | | | Sold | 08/13/13 | J | | |
| 101. - IShares MSCI Canada Index Fd | | | | | Sold | 04/02/13 | J | | |
| 102. - IShares MSCI EAFE Fund (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 10 of 44

**Name of Person Reporting**

WRIGHT, SUSAN W.

**Date of Report**

06/04/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - IShares S&P 500 Growth ETF | | | | | | | | | |
| 104. - IShares S&P 500 Value Index | | | | | | | | | |
| 105. - IShares S&P Midcap 400 Index | | | | | | | | | |
| 106. - IShares S&P Smallcap 600 Index | | | | | | | | | |
| 107. - IShares TR MSCI Small Cap (Y) | | | | | | | | | |
| 108. - Powershares DB Comm Trk Inc. | | | | | | | | | |
| 109. - SPDR DJ Wilshire Global REA | | | | | | | | | |
| 110. - SPDR Ser. Trust DB Inv Gvt) (Y) | | | | | | | | | |
| 111. - Vanguard FTSE Emrg Mkts | | | | | Buy (add'l) | 07/30/13 | J | | |
| 112. - Vanguard European MSCI ETF (VGK) | | | | | Buy (add'l) | 04/02/13 | J | | |
| 113. - Vanguard Div. Apprec. (VIG) | | | | | Sold (part) | 04/02/13 | J | A | |
| 114. - Oppenheimer Dev. Mkts Y (ODVYX) (mutual funds) | | | | | | | | | |
| 115. - Pimco Unconstrained Bond P (PUCPX) (mutual funds) | | | | | Sold (part) | 04/02/13 | J | A | |
| 116. - Thornburg Intl Val (TGVIX) (mutual funds) | | | | | | | | | |
| 117. - Virtus Multi Sect Sht Trm BDI (PIMSX) | | | | | Sold (part) | 06/20/13 | J | | |
| 118. | | | | | Sold (part) | 07/30/13 | J | | |
| 119. | | | | | Sold (part) | 08/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - IShares Silver Trust (Y) | | | | | | | | | |
| 121. - IShares MSCI Aust Index Fund (Y) | | | | | | | | | |
| 122. - Utilities Sel Sec SPDR Fund | | | | | Sold | 08/27/13 | J | A | |
| 123. - Wisdomtree Div. Top 100 (DTN) | | | | | | | | | |
| 124. - Wisdomtree Equity Income Fds | | | | | | | | | |
| 125. - WISDOMTREE TRUST EMRG MKT EQT (DEM) (X) | | | | | | | | | |
| 126. - ISHARES MSCI ASIA EX-JAPAN ETF (AAXJ) | | | | | Buy | 02/07/13 | J | | |
| 127. - ISHARES MSCI EAFE SM CAP ETF (SCZ) | | | | | Buy | 02/07/13 | J | | |
| 128. - ISHARES MSCI EMU ETF (EZU) | | | | | Buy | 11/21/13 | J | | |
| 129. - ISHARES MSCI JAPAN ETF (EWJ) | | | | | Buy | 09/18/13 | J | | |
| 130. - WISDOMTREE TRUST JAPN HEDGE EQ (DXJ) | | | | | Buy | 04/02/13 | J | | |
| 131. | | | | | Sold (part) | 09/18/13 | J | A | |
| 132. Brokerage Acct (▨▨▨) Trust | D | Int./Div. | N | T | | | | | |
| 133. - Blackrock Muni. Fd. | | | | | Sold | 02/25/13 | K | C | |
| 134. - Household Finance Corp Global Notes | | | | | | | | | |
| 135. - Wells Fargo Company Fds Tr Precious Metals Fd (Mutual Fund) | | | | | Sold | 08/20/13 | J | A | |
| 136. - Merrill Lynch 6.45% Cap Tr, 12/15/2066 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Nuveen Amt. Free Municipal Value F | | | | | | | | | |
| 138. - Nuveen Muni Value Fd. Inc. | | | | | | | | | |
| 139. - Nuveen Sel. Mat Fd SBI (mutual funds) | | | | | | | | | |
| 140. - Powershares Aerospace & Defense Portfolio | | | | | | | | | |
| 141. - SPDR Dow Jones Indl. | | | | | | | | | |
| 142. - Little Rock AR Swr Rev Constr Ser A B\E FSA Mun. Bonds | | | | | | | | | |
| 143. - San Antonio TX WTR Rev Rfdg Sys | | | | | | | | | |
| 144. - Nuveen Select Tax Free Income Port 2 SBI | | | | | Sold (part) | 08/20/13 | K | | |
| 145. - Nuveen Amt. Free Muni. Value | | | | | Sold | 08/20/13 | K | | |
| 146. - WELLS FARGO COMPANY (X) | | | | | | | | | |
| 147. - ALTRIA GROUP INC | | | | | Buy | 08/20/13 | J | | |
| 148. - AT & T INC | | | | | Buy | 08/20/13 | J | | |
| 149. - COCA-COLA COMPANY | | | | | Buy | 08/20/13 | K | | |
| 150. - KRAFT FOODS GROUP | | | | | Buy | 08/20/13 | K | | |
| 151. - PRUDENTIAL FIN 5.7% PFD JR SUB NOTES DUE 3/15/53 | | | | | Buy | 03/07/13 | K | | |
| 152. - BB&T CORP SER G 5.2% PFD NON-CUMULATIVE PERPETUAL 1ST CALL 6/1/2018 | | | | | Buy | 04/24/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. Brokerage Acct. ▨▨▨ (IRA) | D | Int./Div. | N | T | | | | | |
| 154. - IShares Tr S&P Midcap 400 Index (now IShares Core S&P Midcap ETF) | | | | | Buy (add'l) | 01/02/13 | K | | |
| 155. | | | | | Sold (part) | 04/02/13 | J | A | |
| 156. | | | | | Sold (part) | 07/29/13 | J | A | |
| 157. - IShares Tr S&P 500 Index Fd. (now IShares Core S&P 500 Index Fd) | | | | | Sold | 01/02/13 | K | A | |
| 158. - Merrill Lynch Pfd Cap (Y) | | | | | | | | | |
| 159. - Money Market - Wells Fargo | | | | | | | | | |
| 160. - US Treas Note (Y) | | | | | | | | | |
| 161. - Pimco Total Return ETF | | | | | Sold | 10/09/13 | K | | |
| 162. - Powershares DB Energy ET Fund | | | | | Sold | 01/02/13 | K | B | |
| 163. - Altria Group Inc | | | | | Buy (add'l) | 01/02/13 | J | | |
| 164. - Apple Inc. | | | | | Buy (add'l) | 01/02/13 | J | | |
| 165. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 166. - AT & T Inc | | | | | Buy (add'l) | 01/02/13 | J | | |
| 167. - IShares IBOXX Inv ET Gr. Corp Bond Fd (Y) | | | | | | | | | |
| 168. - IShares IBOXX $ Yld Etf Corporate Bond Fund | | | | | | | | | |
| 169. - IShares MSCI EAFE Index Fd. | | | | | Buy (add'l) | 01/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Sold | 04/02/13 | J | A | |
| 171. - IShares S&P US Preferred Stock | | | | | Buy (add'l) | 07/29/13 | J | | |
| 172. | | | | | Sold (part) | 09/03/13 | K | | |
| 173. - McDonalds Corp. | | | | | Sold | 01/02/13 | J | | |
| 174. - Norfolk Southern Corp | | | | | Sold | 01/02/13 | J | | |
| 175. - Pfizer Incorporated | | | | | Sold | 01/02/13 | J | B | |
| 176. - Powershares Em Mar Et Sov De PT (Y) | | | | | | | | | |
| 177. - Powershares DB Energy ET Fd. (Y) | | | | | | | | | |
| 178. - Caterpillar Inc. | | | | | Sold | 01/02/13 | J | A | |
| 179. - Chevron Corp. | | | | | Sold | 01/02/13 | J | A | |
| 180. - IShares Core Series (now IShares Core S&P Smallcap) | | | | | Buy (add'l) | 01/02/13 | J | | |
| 181. | | | | | Sold (part) | 07/29/13 | J | A | |
| 182. - Invesco Real Estate Fd Class Y (mutual fund) | | | | | Sold (part) | 01/02/13 | J | A | |
| 183. | | | | | Sold (part) | 04/02/13 | J | A | |
| 184. | | | | | Sold (part) | 05/01/13 | J | A | |
| 185. | | | | | Sold (part) | 09/03/13 | J | | |
| 186. - Morgan Stanley Emerging Markets Domestic Debt Fund | | | | | Buy (add'l) | 04/02/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Sold | 07/29/13 | K | | |
| 188. - National Oilwell Varco Inc. | | | | | Sold | 01/02/13 | J | | |
| 189. - Pimco Total Ret. ET Bond (Y) | | | | | | | | | |
| 190. - Powershares Aerospace & Defense (Y) | | | | | | | | | |
| 191. - Prudential Financial Inc. | | | | | Sold | 01/02/13 | J | A | |
| 192. - SPDR Nuveen Barclays ETF (Y) | | | | | | | | | |
| 193. - Vanguard MSCI (now Vanguard MSCI Emerging Markets ETF) | | | | | Buy (add'l) | 01/02/13 | J | | |
| 194. | | | | | Sold (part) | 04/02/13 | J | | |
| 195. | | | | | Sold (part) | 05/01/13 | J | | |
| 196. | | | | | Sold | 07/29/13 | J | | |
| 197. - Western Asset Income Fd. (mutual fund) | | | | | Buy (add'l) | 04/02/13 | J | | |
| 198. | | | | | Sold (part) | 07/29/13 | K | | |
| 199. - Wynn Resorts Ltd. | | | | | Sold | 01/02/13 | J | B | |
| 200. - Morgan Stanley Emerging Mkt. Domestic Debt Fd. (Y) | | | | | | | | | |
| 201. - Western Asset Inc. FD PAI (Y) | | | | | | | | | |
| 202. - ENERGY SELECT ETF SECTOR SPDR | | | | | Buy | 01/02/13 | J | | |
| 203. - FINANCIAL SELECT ETF SECTOR SPDR | | | | | Buy | 01/02/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Sold (part) | 09/03/13 | J | A | |
| 205.  - INDUSTRIAL SELECT ETF SECTOR SPDR | | | | | Buy | 01/02/13 | J | | |
| 206.  - ISHARES MSCI BELGIUM ETF CAPPED | | | | | Buy | 11/18/13 | J | | |
| 207.  - PIMCO ETF 1-5 YR US TIPS INDEX | | | | | Buy | 01/02/13 | J | | |
| 208.  - SECTOR SPDR TR TECHNOLOGY SELECT SECTOR | | | | | Buy | 01/02/13 | J | | |
| 209.  - SELECT SECTOR SPDR FD HEALTHCARE | | | | | Buy | 01/02/13 | J | | |
| 210. | | | | | Sold (part) | 04/02/13 | J | A | |
| 211.  - SELECT SECTOR SPDR FD CONSUMER DISCRETIONARY | | | | | Buy | 01/02/13 | J | | |
| 212. | | | | | Sold (part) | 04/02/13 | J | A | |
| 213. | | | | | Sold (part) | 07/29/13 | J | A | |
| 214.  - SPDR EURO STOXX 50 ETF | | | | | Buy | 04/02/13 | J | | |
| 215.  - SPDR NUVEEN BARCLAYS ETF SHORT TERM MUNI BD | | | | | Buy | 10/09/13 | K | | |
| 216.  - VANGUARD FTSE DEVELOPED MARKETS ETF | | | | | Buy | 04/02/13 | J | | |
| 217.  - VANGUARD SHORT TERM ETF CORP BD | | | | | Buy | 01/02/13 | K | | |
| 218. | | | | | Buy (add'l) | 07/29/13 | K | | |
| 219. | | | | | Sold (part) | 09/30/13 | J | | |
| 220.  - EGSHARES EMERGING ETF MARKETS CONSUMER | | | | | Buy | 05/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | | | | | Sold | 07/29/13 | J | | |
| 222. - ISHARES MSCI UNITED KINGDOM INDEX FUND | | | | | Buy | 04/02/13 | J | | |
| 223. | | | | | Sold | 11/18/13 | J | A | |
| 224. - FEDERATED ULTRASHORT BOND FUND CL IS | | | | | Buy | 07/29/13 | K | | |
| 225. | | | | | Sold (part) | 09/03/13 | K | | |
| 226. | | | | | Sold | 11/12/13 | K | | |
| 227. - NORTHERN LTS FD TR III GOOD HARBOR US TACTICAL CORE FUND CL 1 | | | | | Buy | 09/03/13 | L | | |
| 228. - OPPENHEIMER SENIOR FLOATING RATE FD CL Y | | | | | Buy | 11/12/13 | J | | |
| 229. ▮ Brok.3 (▮ (Trust) (▮ IRA) | D | Int./Div. | N | T | | | | | |
| 230. - AmEx | | | | | Sold (part) | 07/05/13 | J | A | |
| 231. - Caterpillar Inc. | | | | | Sold | 10/07/13 | J | A | |
| 232. - Chevron Corporation | | | | | | | | | |
| 233. - Coca-Cola Co. | | | | | | | | | |
| 234. - Eastman Chemical Co. | | | | | Sold (part) | 07/30/13 | J | A | |
| 235. - Healthcare REIT Inc. | | | | | | | | | |
| 236. - Internl. Bus Machines Corp. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 18 of 44

Name of Person Reporting

WRIGHT, SUSAN W.

Date of Report

06/04/2014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. - IShare Tr. S&P Small Cap 600 Index Fd. (Y) | | | | | | | | | |
| 238. - IShares Brcly. Inst. ETF (Y) | | | | | | | | | |
| 239. - SHS Inc. MSCI S. Korea Webs Index | | | | | Sold (part) | 09/13/13 | J | A | |
| 240. - IShares MSCI Korea ETF (Y) | | | | | | | | | |
| 241. - IShares Core S&P Midcap ETF | | | | | Sold (part) | 05/24/13 | J | A | |
| 242. | | | | | Sold (part) | 08/08/13 | J | A | |
| 243. - IShares Inv. Gr. Bond ETF (Y) | | | | | | | | | |
| 244. - IShares IBOXX Inv. Grade Corp Bond Fund | | | | | Sold (part) | 07/31/13 | J | A | |
| 245. - IShares JP Morgan Et Emerging Markets Bond Fd. | | | | | | | | | |
| 246. - IShares MSCI EAFE Index Fund (Y) | | | | | | | | | |
| 247. - IShares MSCI Malaysia Index Fd. | | | | | | | | | |
| 248. - IShares TR S&P Midcap 400 Index Fd. (Y) | | | | | | | | | |
| 249. - Johnson & Johnson | | | | | Sold (part) | 07/10/13 | J | A | |
| 250. - JP Morgan Chase & Co. | | | | | | | | | |
| 251. - McDonalds Corp. | | | | | Sold (part) | 10/23/13 | J | A | |
| 252. | | | | | Sold (part) | 10/24/13 | J | A | |
| 253. | | | | | Sold | 10/25/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254.  - Mondelez Intl. | | | | | Sold (part) | 05/13/13 | J | A | |
| 255. | | | | | Sold | 06/10/13 | J | A | |
| 256.  - Oracle | | | | | | | | | |
| 257.  - Pfizer Inc. | | | | | | | | | |
| 258.  - Phillips 66 | | | | | | | | | |
| 259.  - Powershares ET Preferred Portfolio PGX | | | | | | | | | |
| 260.  - Powershares EM Mar. ET Sov De Pt. PCy | | | | | | | | | |
| 261.  - Powershares DB Comm. Index Tracking Fd. | | | | | Sold | 09/04/13 | J | | |
| 262.  - Powershares DB Command ETF (Y) | | | | | | | | | |
| 263.  - Qualcomm | | | | | | | | | |
| 264.  - Sector SPDR TR Technology Sel Sector | | | | | Buy (add'l) | 01/04/13 | J | | |
| 265. | | | | | Sold (part) | 04/26/13 | J | A | |
| 266. | | | | | Sold | 05/07/13 | J | A | |
| 267.  - SPDR Barclays High Yield Bond ETF | | | | | | | | | |
| 268.  - SPDR Barclays International Treasury Bond | | | | | Sold | 09/25/13 | J | | |
| 269.  - United Technologies Corp. | | | | | | | | | |
| 270.  - US Bancorp New | | | | | Sold | 07/31/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 271. - V F Corp. | | | | | Sold | 04/01/13 | J | B | |
| 272. - Vanguard Emerging Markets (Vanguard Intl Equity Index FDS FTSE Em) | | | | | Buy (add'l) | 09/13/13 | J | | |
| 273. - Vanguard Energy ETF (Y) | | | | | | | | | |
| 274. - Vanguard Reit ETF | | | | | | | | | |
| 275. - Verizon Comm. Com. | | | | | | | | | |
| 276. - Vanguard Total Bond ETF | | | | | | | | | |
| 277. - CBS Corporation | | | | | | | | | |
| 278. - Amgen Inc Sr Unsecured Callable CPN 3.875%, 11/15/21 | | | | | | | | | |
| 279. - Ace INA Hldgs. Notes (Y) | | | | | | | | | |
| 280. - Apache Corp Sr Unsecured Callable CPN 3.25%, 4/15/22 | | | | | | | | | |
| 281. - AT&T Inc Sr Unsecured CPN 3.0%, 2/15/22 | | | | | | | | | |
| 282. - Berkshire Hathaway Inc Sr Unsecured CPN 3.4%, 1/31/22 | | | | | Sold (part) | 04/15/13 | J | A | |
| 283. - Blackrock Inc Sr Unsecured CPN 3.5%, 12/10/14 | | | | | | | | | |
| 284. - Cisco Systems Inc Sr Unsecured CPN 3.15%, 03/14/17 | | | | | | | | | |
| 285. - Dominion Resources Inc Sr Unsecured CPN 5.15%, 7/15/15 | | | | | | | | | |
| 286. - Dow Chemical Co/The Unsecured CPN 5.9%, 2/15/15 | | | | | Sold | 06/24/13 | J | A | |
| 287. - Fortune Brands Inc Sr Unsecured CPN 6.375%, 6/15/14 | | | | | Sold | 05/16/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 288. - General Electric Co Sr Unsecured CPN 5.25%, 12/6/17 | | | | | | | | | |
| 289. - General Elec Cap Corp Medium Term Notes CPN 4.375%, 9/16/20 | | | | | | | | | |
| 290. - General Mills Inc Sr Unsecured Callable CPN 3.15%, 12/15/21 | | | | | | | | | |
| 291. - Goldman Sachs Grp Inc Senior Notes CPN 5.375%, 3/15/20 | | | | | | | | | |
| 292. - Home Depot Inc Senior Notes CPN 5.4%, 3/1/16 | | | | | | | | | |
| 293. - JP Morgan Chase & Co Senior Notes CPN 6.0%, 1/15/18 | | | | | | | | | |
| 294. - Southern Copper Corp Sr Unsecured CPN 5.375%, 4/16/20 | | | | | | | | | |
| 295. - Viacom Inc Notes CPN 4.375%, 9/15/14 | | | | | | | | | |
| 296. - Wal-Mart Stores Inc Senior Notes CPN 5.8%, 2/15/18 | | | | | | | | | |
| 297. - Walt Disney Company/The Medium Term Notes CPN 1.1%, 12/1/17 | | | | | | | | | |
| 298. - Federal Home Ln Mtg Corp Medium Term Note CPN 2.375%, 1/13/22 | | | | | | | | | |
| 299. - Federal Home Ln Mtg Corp Medium Term Note CPN 3.75%, 3/27/19 | | | | | | | | | |
| 300. - US Treasury Notes CPN 3.375%, 11/15/19 | | | | | | | | | |
| 301. - IShares Barclays Intermediate Credit Bond Fund (X) | | | | | | | | | |
| 302. - IShares Core S&P Small Cap (X) | | | | | Sold (part) | 05/24/13 | J | A | |
| 303. - Vanguard MSCI EAFE (Vanguard FTSE Developed Markets ETF) (X) | | | | | Sold (part) | 04/29/13 | J | A | |
| 304. | | | | | Sold (part) | 04/30/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. | | | | | Sold (part) | 08/01/13 | J | A | |
| 306. - US Bancorp Subordinated Medium Term Notes CPN 2.95%, 7/15/22 (X) | | | | | | | | | |
| 307. - US Treasury Notes CPN 4.5%, 2/15/16 (X) | | | | | | | | | |
| 308. - US Treasury Notes CPN 4.625%, 2/15/17 (X) | | | | | | | | | |
| 309. - US Treasury Notes CPN 3.625%, 2/15/20 (X) | | | | | | | | | |
| 310. - Glaxosmithkline Capital Company GTD CPN 2.85%, 5/8/22 (X) | | | | | | | | | |
| 311. - ACCENTURE PLC IRELAND SHARES CLASS A | | | | | Buy | 07/05/13 | J | | |
| 312. - AGRIUM INC | | | | | Buy | 05/13/13 | J | | |
| 313. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 314. - AMGEN INC | | | | | Buy | 07/10/13 | J | | |
| 315. - APPLE INC | | | | | Buy | 04/26/13 | J | | |
| 316. - HOME DEPOT INC | | | | | Buy | 10/23/13 | J | | |
| 317. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 318. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 319. - INTEL CORP | | | | | Buy | 05/07/13 | J | | |
| 320. - ISHARES MSCI UNITED KINGDOM | | | | | Buy | 08/01/13 | J | | |
| 321. - ISHARES MSCI GERMANY INDEX FUND | | | | | Buy | 04/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 323. - ISHARES MSCI AUSTRALIA | | | | | Buy | 08/01/13 | J | | |
| 324. - METLIFE INC | | | | | Buy | 05/23/13 | J | | |
| 325. - POWERSHARES SENIOR LOAN PORTFOLIO | | | | | Buy | 06/12/13 | J | | |
| 326. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 327. - ROSS STORES INC | | | | | Buy | 04/01/13 | J | | |
| 328. - SPDR S&P 500 TRUST ETF | | | | | Buy | 01/15/13 | J | | |
| 329. | | | | | Sold (part) | 05/24/13 | J | A | |
| 330. - TYSON FOODS INC CL A | | | | | Buy | 06/10/13 | J | | |
| 331. - VANGUARD SHORT TERM ETF CORP BD | | | | | Buy | 07/31/13 | J | | |
| 332. - 3M CO | | | | | Buy | 10/07/13 | J | | |
| 333. - CITIGROUP INC SR UNSECURED CPN 1.7%, 7/25/16 | | | | | Buy | 07/31/13 | J | | |
| 334. - AMERICAN EXPRESS CO SR UNSECURED CPN 1.55%, 5/22/18 | | | | | Buy | 06/12/13 | J | | |
| 335. - VERIZON COMMUNICATIONS SR UNSECURED CPN 3.65%, 9/14/18 | | | | | Buy | 09/25/13 | J | | |
| 336. - US TREASURY NOTES CPN 2.0%, 2/15/22 | | | | | Buy | 05/16/13 | J | | |
| 337. - DIAGEO CAPITAL PLC SR UNSECURED CALLABLE CPN 2.625%, 4/29/23 | | | | | Buy | 05/16/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 338.  Brok.Acct.6 (   ) (H) | | | | | | | | | |
| 339.  - Wells Fargo Bank Co. Money Mkt. Acct. | A | Interest | J | T | | | | | |
| 340.  - Blackrock Muniyield Investment Fund | B | Int./Div. | | | Sold | 08/19/13 | K | | |
| 341.  - Guggenheim Build America Bonds Managed Duration Trust | A | Dividend | J | T | | | | | |
| 342.  - University AR Univ Revs Various Fac-Fayetteville Ser A B/E OID 5.0% | A | Interest | J | T | | | | | |
| 343.  - University Cent AR Rev Rfdg Stdnt Fee Ser B B/E CPN 3.25%, 9/1/23 | A | Interest | J | T | | | | | |
| 344.  - Nuveen Select Tax Free Income Port 2 SBI | A | Dividend | J | T | | | | | |
| 345.  - Nuveen Muni Value Fund Inc. (Y) | | | | | | | | | |
| 346.  - Ing (USA Annuity & Life Ins SmartDesign Variable Annuity) | A | Interest | K | T | | | | | |
| 347.  - Blackrock Muni Inter Duration Fund Inc. (X) | A | Dividend | | | Sold | 02/25/13 | K | C | |
| 348.  - PRUDENTIAL FIN 5.7% PFD JR SUB NOTES, 3/15/53 | A | Interest | | | Buy | 03/07/13 | K | | |
| 349. | | | | | Sold | 11/13/13 | K | | |
| 350.  - WATSON CHAPEL AR SCH DIST 24 CONSTR G/O LTD CPN 4.25%, 6/1/40 | | None | K | T | Buy | 09/26/13 | J | | |
| 351.  Brok. Acct.8   Ed. Fd. (  -cash) | A | Interest | L | T | | | | | |
| 352.  TIAA-CREF    )(Tr.) | A | Interest | | | Distributed | 10/09/13 | K | | |
| 353.  WF Brok. Acct. 9 IRA 3S | D | Int./Div. | N | T | | | | | |
| 354.  - Ace Limited | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 355. - AES Corp | | | | | Sold (part) | 02/04/13 | J | | |
| 356. | | | | | Sold | 05/10/13 | J | A | |
| 357. - Allstate Corp. | | | | | Sold (part) | 07/25/13 | J | B | |
| 358. | | | | | Sold (part) | 10/01/13 | J | B | |
| 359. - American Express (Y) | | | | | | | | | |
| 360. - Anadarko Petroleum Corp | | | | | Sold | 11/12/13 | J | A | |
| 361. - AT & T Inc | | | | | Sold (part) | 09/06/13 | J | A | |
| 362. - Boeing | | | | | Sold | 03/13/13 | J | B | |
| 363. - Broadridge Financial Corp | | | | | Sold | 03/12/13 | J | A | |
| 364. - Capital One Financial Corp | | | | | Sold (part) | 02/20/13 | J | | |
| 365. | | | | | Sold | 07/10/13 | J | A | |
| 366. - Citigroup Inc New | | | | | Buy (add'l) | 07/18/13 | J | | |
| 367. | | | | | Sold (part) | 11/12/13 | J | B | |
| 368. - CVS Caremark Corp | | | | | | | | | |
| 369. - E M C Corp Mass | | | | | Sold | 03/12/13 | J | A | |
| 370. - Energy XXI Bermuda Ltd | | | | | Sold (part) | 02/04/13 | J | | |
| 371. | | | | | Sold | 03/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 372. - Exxon Mobil Corp. | | | | | Sold | 05/10/13 | J | A | |
| 373. - FirstEnergy Corp | | | | | Sold | 02/04/13 | J | | |
| 374. - Georgia Gulf (named changed 01/29/13 to Axiall Corp) | | | | | Sold | 12/03/13 | J | A | |
| 375. - Global Payments Inc | | | | | | | | | |
| 376. - Harman Intl Inds Inc New | | | | | Sold | 08/01/13 | J | A | |
| 377. - Hartford Finl Svcs Group Inc | | | | | | | | | |
| 378. - Ingersoll-Rand PLC Shares | | | | | Sold (part) | 07/02/13 | J | A | |
| 379. - Jack in the Box Inc. | | | | | Sold | 02/21/13 | J | A | |
| 380. - Johnson & Johnson | | | | | Sold (part) | 10/01/13 | J | B | |
| 381. - JPMorgan Chase & Co. | | | | | Sold | 11/12/13 | J | A | |
| 382. - Kraft Foods | | | | | Sold | 03/13/13 | J | A | |
| 383. - Liberty Interactive Corp | | | | | | | | | |
| 384. - MGM Resorts International | | | | | | | | | |
| 385. - Marathon Oil Corp. | | | | | | | | | |
| 386. - Medtronic Inc | | | | | Sold | 03/13/13 | J | A | |
| 387. - Merck & Co Inc New | | | | | Sold (part) | 02/04/13 | J | A | |
| 388. | | | | | Sold | 04/02/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 389. - Microsoft Corp | | | | | Sold | 03/12/13 | J | A | |
| 390. - Mondelez Intl Inc | | | | | Buy (add'l) | 03/13/13 | J | | |
| 391. - Mosaic Company | | | | | Buy (add'l) | 03/13/13 | J | | |
| 392. | | | | | Sold | 07/02/13 | J | | |
| 393. - Nucor Corp. | | | | | Sold | 04/17/13 | J | A | |
| 394. - Pfizer Inc. | | | | | | | | | |
| 395. - Qualcomm Inc. | | | | | Sold | 06/11/13 | J | A | |
| 396. - RF Micro Devices Inc | | | | | Buy (add'l) | 09/06/13 | J | | |
| 397. - US Bancorp New | | | | | | | | | |
| 398. - Williams Companies Inc. | | | | | Sold | 10/09/13 | J | A | |
| 399. - Cons Edison Co of NY Notes CPN 4.875%, 2/1/13 | | | | | Redeemed | 02/01/13 | J | | |
| 400. - Morgan Stanley Sub Global Notes CPN 4.75%, 4/1/14 | | | | | Sold | 02/21/13 | J | A | |
| 401. - Home Depot Inc Senior Notes CPN 5.4%, 3/1/16 | | | | | Sold | 04/10/13 | J | A | |
| 402. - McKesson Corp Sr Unsecured CPN 3.25%, 3/1/16 | | | | | | | | | |
| 403. - Thermo Fisher Scientific Sr Unsecured CPN 2.25%, 8/15/16 | | | | | | | | | |
| 404. - Waste Management Inc Company GTD CPN 2.6%, 9/1/16 | | | | | Sold | 04/10/13 | J | A | |
| 405. - John Deere Capital Corp Medium Term Notes CPN 1.85%, 9/15/16 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 406. - Ace INA Holdings Notes Callable CPN 5.7%, 2/15/17 | | | | | | | | | |
| 407. - American Express Senior Notes CPN 6.15%, 8/28/17 | | | | | | | | | |
| 408. - Merrill Lynch & Co Medium Term Notes CPN 6.4%, 8/28/17 | | | | | | | | | |
| 409. - Bear Stearns Co Inc Senior Notes CPN 7.25%, 2/1/18 | | | | | Sold | 05/03/13 | J | A | |
| 410. - Citigroup Inc Senior Notes CPN 6.125%, 5/15/18 | | | | | Sold | 05/02/13 | J | A | |
| 411. - Xerox Corporation Senior Notes Callable CPN 6.35%, 5/15/18 | | | | | Sold | 02/07/13 | J | A | |
| 412. - Verizon Communications Sr Unsecured CPN 6.35%, 4/1/19 | | | | | Sold | 04/23/13 | J | A | |
| 413. - Anheuser-Busch Inbev Wor Co. GTD Ser WI CPN 5.375%, 1/15/20 | | | | | | | | | |
| 414. - Kraft Foods Inc Sr Unsecured CPN 5.375%, 2/10/20 | | | | | Sold | 04/19/13 | J | A | |
| 415. - Comcast Corp Company GTD CPN 5.15%, 3/1/20 | | | | | | | | | |
| 416. - Goldman Sachs Grp Inc Senior Notes CPN 6.0%, 6/15/20 | | | | | Sold | 10/22/13 | J | A | |
| 417. - General Elec Cap Corp Medium Term Notes CPN 4.375%, 9/16/20 | | | | | Sold | 05/28/13 | J | A | |
| 418. - Directv Hldg/Fin Inc Company GTD CPN 5.0%, 3/1/21 | | | | | Sold | 05/01/13 | J | A | |
| 419. - Dominion Resources Inc Sr Unsecured Ser A CPN 4.45%, 3/15/21 | | | | | | | | | |
| 420. - Caterpillar Inc Sr Unsecured CPN 3.9%, 5/27/21 | | | | | | | | | |
| 421. - Capital One Financial Co Senior Notes CPN 4.75%, 7/15/21 | | | | | Buy (add'l) | 04/10/13 | J | | |
| 422. - Intel Corp Sr Unsecured CPN 3.3%, 10/01/21 | | | | | Sold | 04/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 423. - Cigna Corp Sr Unsecured CPN 4.0%, 2/15/22 | | | | | | | | | |
| 424. - US Bancorp Medium Term Notes CPN 3.0%, 3/15/22 | | | | | Sold | 08/07/13 | J | | |
| 425. - Fedex Corp Company GTD CPN 2.625%, 8/1/22 | | | | | Sold | 11/13/13 | J | | |
| 426. - Burlingtn North Santa F Debentures Callable CPN 3.05%, 9/1/22 | | | | | Sold | 05/06/13 | J | A | |
| 427. - Marathon Oil Corp Sr Unsecured Callable CPN 2.8%, 11/1/22 | | | | | | | | | |
| 428. - Dow Chem Co/The Sr Unsecured Callable CPN 3.0%, 11/15/22 | | | | | | | | | |
| 429. - Midamerican Energy Hldgs Bonds CPN 6.125%, 4/1/36 | | | | | | | | | |
| 430. - Metlife Inc Subord Fltg Rate Notes Final Legal Mty 12/15/66 CPN 6.4 | | | | | | | | | |
| 431. - AT&T Inc Senior Notes Callable CPN 6.55%, 2/15/39 | | | | | | | | | |
| 432. - EBay Inc Sr Unsecured CPN 4.0%, 7/15/42 | | | | | | | | | |
| 433. - US Treasury Notes CPN 1.125%, 6/15/13 | | | | | Sold | 02/04/13 | J | | |
| 434. - US Treasury Notes CPN 0.125%, 12/31/13 | | | | | Sold | 02/14/13 | J | A | |
| 435. - US Treasury Notes CPN 1.75%, 3/31/14 | | | | | Buy (add'l) | 06/24/13 | J | | |
| 436. | | | | | Sold (part) | 06/25/13 | J | | |
| 437. | | | | | Sold (part) | 07/03/13 | J | | |
| 438. | | | | | Sold (part) | 09/12/13 | J | | |
| 439. | | | | | Sold (part) | 12/11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 440. | | | | | Sold | 12/20/13 | J | | |
| 441. - US Treasury Inflation Index Notes 0.5%, 4/15/15 | | | | | | | | | |
| 442. - Federal Natl Mtg Assn Notes CPN 2.375%, 7/28/15 | | | | | | | | | |
| 443. - US Treasury Notes CPN 1.75%, 7/31/15 | | | | | Buy (add'l) | 02/14/13 | J | | |
| 444. - Federal Home Ln Mtg Corp Notes CPN 2.5%, 5/27/16 | | | | | | | | | |
| 445. - US Treasury Notes CPN 1.0%, 8/31/16 | | | | | Buy (add'l) | 02/14/13 | J | | |
| 446. | | | | | Buy (add'l) | 07/18/13 | J | | |
| 447. | | | | | Sold (part) | 10/22/13 | J | A | |
| 448. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 449. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 450. - US Treasury Notes CPN 3.25%, 3/31/17 | | | | | Buy (add'l) | 07/18/13 | J | | |
| 451. - Federal Home Ln Mtg Corp Medium Term Note CPN 3.75%, 3/27/19 | | | | | | | | | |
| 452. - Bank of Montreal Medium Term Notes CPN 2.5%, 1/11/17 | | | | | Sold | 08/12/13 | J | A | |
| 453. - Credit Suisse Subordinate Notes CPN 5.4%, 1/14/20 | | | | | | | | | |
| 454. - Union Pacific Corp (X) | | | | | | | | | |
| 455. - US Treasury Notes CPN 0.75%, 10/31/17 (X) | | | | | Sold | 11/06/13 | J | | |
| 456. - US Treasury Inflation Indexed Notes CPN 1.625%, 1/15/18 (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 44

Name of Person Reporting

**WRIGHT, SUSAN W.**

Date of Report

06/04/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 457. - US Treasury Notes CPN 3.875%, 5/15/18 (X) | | | | | Buy (add'l) | 01/09/13 | J | | |
| 458. | | | | | Sold (part) | 06/24/13 | J | A | |
| 459. - US Treasury Notes CPN 1.125%, 5/31/19 (X) | | | | | Sold | 02/20/13 | J | | |
| 460. - US Treasury Notes CPN 2.625%, 8/15/20 (X) | | | | | Sold (part) | 05/01/13 | J | | |
| 461. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 462. - US Treasury Notes CPN 2.125%, 8/15/21 (X) | | | | | Sold (part) | 05/06/13 | J | A | |
| 463. | | | | | Sold (part) | 05/29/13 | J | A | |
| 464. | | | | | Sold (part) | 10/28/13 | J | | |
| 465. - US Treasury Notes CPN 1.625%, 8/15/22 (X) | | | | | Sold | 02/14/13 | J | | |
| 466. - US Treasury Notes Indx Inflation CPN 1.75%, 1/15/28 (X) | | | | | | | | | |
| 467. - US Treasury Bond CPN 4.375%, 2/15/38 (X) | | | | | Sold | 02/12/13 | J | A | |
| 468. - ABBOTT LABORATORIES | | | | | Buy | 10/01/13 | J | | |
| 469. - ALLEGHENY TECHNOLOGIES | | | | | Buy | 10/01/13 | J | | |
| 470. - ALLEGION PLC - SPIN OFF FROM INGERSOL-RAND PLC SHARES | | | | | Spinoff (from line 378) | 12/02/13 | J | | |
| 471. - AMERICAN INTL GROUP INC | | | | | Buy | 02/08/13 | J | | |
| 472. | | | | | Buy (add'l) | 02/27/13 | J | | |
| 473. | | | | | Buy (add'l) | 09/06/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 44

Name of Person Reporting

**WRIGHT, SUSAN W.**

Date of Report

06/04/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 474. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 475. - AMERIPRISE FINANCIAL INC | | | | | Buy | 06/11/13 | J | | |
| 476. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 477. - BMC SOFTWARE INC | | | | | Buy | 03/12/13 | J | | |
| 478. | | | | | Sold | 06/11/13 | J | A | |
| 479. - CISCO SYSTEMS INC | | | | | Buy | 06/11/13 | J | | |
| 480. | | | | | Sold | 12/18/13 | J | | |
| 481. - CORNING INC | | | | | Buy | 07/25/13 | J | | |
| 482. - DEVON ENERGY CORP | | | | | Buy | 10/09/13 | J | | |
| 483. - EATON CORP PLC | | | | | Buy | 03/13/13 | J | | |
| 484. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 485. - FORTUNE BRANDS HOME & SECURITY INC | | | | | Buy | 07/02/13 | J | | |
| 486. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 487. - GENERAL MOTORS CO | | | | | Buy | 12/18/13 | J | | |
| 488. - HALLIBURTON COMPANY | | | | | Buy | 02/04/13 | J | | |
| 489. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 490. - LYONDELLBASELL INDUSTRIES AF SCA CLASS A | | | | | Buy | 12/18/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 44

**Name of Person Reporting**

WRIGHT, SUSAN W.

**Date of Report**

06/04/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 491. - MACY'S INC | | | | | Buy | 02/28/13 | J | | |
| 492. - MORGAN STANLEY & CO | | | | | Buy | 11/12/13 | J | | |
| 493. - SEMGROUP CORP CLASS A | | | | | Buy | 02/04/13 | J | | |
| 494. | | | | | Sold | 04/05/13 | J | A | |
| 495. - SEMPRA ENERGY | | | | | Buy | 09/25/13 | J | | |
| 496. - TIDEWATER INC | | | | | Buy | 04/05/13 | J | | |
| 497. | | | | | Sold | 08/29/13 | J | A | |
| 498. - TIMKEN COMPANY | | | | | Buy | 07/02/13 | J | | |
| 499. | | | | | Buy (add'l) | 07/18/13 | J | | |
| 500. | | | | | Sold | 12/18/13 | J | | |
| 501. - VALERO ENERGY CORP NEW (VALERO REFNG & MKTING) | | | | | Buy | 04/10/13 | J | | |
| 502. | | | | | Buy (add'l) | 05/10/13 | J | | |
| 503. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 504. - CST BRANDS INC - SPIN OFF FROM VALERO ENERGY CORP | | | | | Spinoff (from line 501) | 05/02/13 | J | | |
| 505. | | | | | Sold | 05/16/13 | J | A | |
| 506. - WHITING PETROLEUM CORP | | | | | Buy | 11/12/13 | J | | |
| 507. - WISCONSIN ENERGY CORP | | | | | Buy | 02/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 508. | | | | | Sold | 09/25/13 | J | A | |
| 509. - AMGEN INC SR UNSECURED CPN 2.125%, 5/15/17 | | | | | Buy | 12/10/13 | J | | |
| 510. - ORACLE CORP NOTES CALLABLE CPN 5.75%, 4/15/18 | | | | | Buy | 11/13/13 | J | | |
| 511. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 512. - GOLDMAN SACH GROUP NOTES CPN 2.90%, 7/19/18 | | | | | Buy | 10/25/13 | J | | |
| 513. - KINDER MORGAN ENER PART SR UNSECURED CPN 2.65%, 2/1/19 | | | | | Buy | 11/15/13 | J | | |
| 514. - DIRECTV HOLDINGS/FING COMPANY GTD CPN 3.8%, 3/15/22 | | | | | Buy | 04/24/13 | J | | |
| 515. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 516. - US BANCORP SUBORDINATED MEDIUM TERM NOTES CPN 2.95%, 7/15/22 | | | | | Buy | 08/06/13 | J | | |
| 517. | | | | | Buy (add'l) | 08/07/13 | J | | |
| 518. - SEMPRA ENERGY SR UNSECURED CALLABLE CPN 2.875%, 10/01/22 | | | | | Buy | 09/17/13 | J | | |
| 519. - VERIZON COMMUNICATIONS SR UNSECURED CALLABLE CPN 2.45%, 11/1/22 | | | | | Buy | 04/23/13 | J | | |
| 520. - GENERAL ELEC CAP CORP MEDIUM TERM NOTES CPN 3.1%, 1/9/23 | | | | | Buy | 05/28/13 | J | | |
| 521. - MORGAN STANLEY SR UNSECURED CPN 3.75%, 2/25/23 | | | | | Buy | 02/21/13 | J | | |
| 522. - CITIGROUP INC UNSECURED CPN 3.375%, 3/1/23 | | | | | Buy | 05/02/13 | J | | |
| 523. - BURLINGTN NORTH SANTA FE SR UNSECURED CALLABLE CPN 3.0%, 3/15/23 | | | | | Buy | 05/06/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 44

Name of Person Reporting

WRIGHT, SUSAN W.

Date of Report

06/04/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 524. - JPMORGAN CHASE & CO SUBORDINATED CPN 3.375%, 5/1/23 | | | | | Buy | 05/03/13 | J | | |
| 525. - FORD MOTOR CO SR UNSECURED CPN 4.75%, 1/15/43 | | | | | Buy | 02/07/13 | J | | |
| 526. - US TREASURY NOTES CPN 0.75%, 6/15/14 | | | | | Buy | 05/30/13 | J | | |
| 527. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 528. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 529. | | | | | Sold (part) | 11/22/13 | J | | |
| 530. - US TREASURY NOTES CPN 0.75%, 12/31/17 | | | | | Buy | 02/14/13 | J | | |
| 531. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 532. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 533. - US TREASURY NOTES CPN 1.375%, 6/30/18 | | | | | Buy | 07/03/13 | J | | |
| 534. - US TREASURY NOTES CPN 1.375%, 9/30/18 | | | | | Buy | 11/06/13 | J | | |
| 535. - US TREASURY NOTES CPN 1.125%, 12/31/19 | | | | | Buy | 02/20/13 | J | | |
| 536. - US TREASURY NOTES CPN 2.5%, 8/15/23 | | | | | Buy | 09/12/13 | J | | |
| 537. - US TREASURY BONDS CPN 2.75%, 11/15/42 | | | | | Buy | 02/11/13 | J | | |
| 538. - US TREASURY NOTES CPN 0.75, 12/15/13 | | | | | Buy | 02/05/13 | J | | |
| 539. | | | | | Buy (add'l) | 02/26/13 | J | | |
| 540. | | | | | Buy (add'l) | 04/30/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WRIGHT, SUSAN W. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 541. | | | | | Sold | 06/25/13 | J | | |
| 542. - BANK OF MONTREAL MEDIUM TERM NOTES CPN 2.375%, 1/25/19 | | | | | Buy | 10/23/13 | J | | |
| 543. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 544. Metropolitan National Bank-Little Rock (S) | A | Interest | J | T | | | | | |
| 545. Lafayette Co., AR (royalty & fractional mineral interests) | A | Royalty | M | W | | | | | |
| 546. Lafayette Co. AR (royalty & fractional mineral inter.) | D | Royalty | M | W | | | | | |
| 547. Miller Co., AR (royalty & fractional mineral interest) | | None | J | W | | | | | |
| 548. Webster Parish, LA (royalty & fractional mineral inter.) | B | Royalty | J | W | | | | | |
| 549. Caddo Parish, LA (royalty & fractional mineral inter.) | B | Royalty | J | W | | | | | |
| 550. Hempstead Co., AR (mineral interest) | | None | J | W | | | | | |
| 551. Miller Co., AR (land) | | None | J | W | | | | | |
| 552. Lafayette Co., AR (land) | | None | J | W | | | | | |
| 553. MS_____ Trust (____) | B | Int./Div. | M | T | | | | | |
| 554. - MS Money Market | | | | | | | | | |
| 555. - Alerian MLP ETF | | | | | | | | | |
| 556. - Gug BLT 2018 Corp Bnd ETF | | | | | | | | | |
| 557. - Guggenheim Bullershr 2017 CBE | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 558. - Guggenheim Bulletshares 2015 | | | | | | | | | |
| 559. - Guggenheim Enhanced Short Dura | | | | | Buy (add'l) | 04/02/13 | J | | |
| 560. | | | | | Sold (part) | 05/23/13 | J | A | |
| 561. | | | | | Sold (part) | 05/31/13 | J | A | |
| 562. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 563. | | | | | Sold (part) | 11/21/13 | J | | |
| 564. - IShares Silver Trust | | | | | | | | | |
| 565. - IShares Barclay's Tips Bd Fd. | | | | | Sold | 04/02/13 | J | A | |
| 566. - IShares JP Morgan EM Bond Fd. | | | | | Sold (part) | 06/20/13 | J | | |
| 567. | | | | | Sold | 08/13/13 | J | | |
| 568. - IShares MSCI Aust Index Fund | | | | | Sold | 02/07/13 | J | A | |
| 569. - IShares MSCI Canada Index Fund | | | | | Sold | 04/02/13 | J | | |
| 570. - IShares S&P 500 Grwth Index | | | | | Sold (part) | 04/12/13 | J | A | |
| 571. - IShares S&P 500 Value Index | | | | | | | | | |
| 572. - IShares S&P Midcap 400 Index | | | | | | | | | |
| 573. - IShares SP Smallcap 600 Index | | | | | | | | | |
| 574. - Powershares DB Comm Trk Inc | | | | | Buy (add'l) | 05/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **WRIGHT, SUSAN W.**

Date of Report: 06/04/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 575. - SPDR DJ Wilshire Global Rea | | | | | | | | | |
| 576. - Utilities Sel Sect SPDR Fund | | | | | Sold | 08/27/13 | J | A | |
| 577. - Vanguard Div. Appreci. (VIG) | | | | | Sold (part) | 04/02/13 | J | A | |
| 578. - Vanguard European MSCI ETF | | | | | Buy (add'l) | 04/02/13 | J | | |
| 579. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 580. - Vanguard MSCI Emerg. Mkts. (Vanguard FTSE Emerging Markets) | | | | | Buy (add'l) | 07/30/13 | J | | |
| 581. | | | | | Sold (part) | 08/27/13 | J | | |
| 582. - Wisdom Tree Div Top 100 | | | | | Sold (part) | 05/23/13 | J | A | |
| 583. - Wisdomtree Equity Income Fund | | | | | | | | | |
| 584. - Wisdomtree Trust Emrg. Mkt Eqt. | | | | | Buy (add'l) | 07/30/13 | J | | |
| 585. | | | | | Sold (part) | 08/27/13 | J | | |
| 586. - Oppenheimer Developing Mkts. Y | | | | | | | | | |
| 587. - Pimco Unconstrained Bond P | | | | | Sold (part) | 04/02/13 | J | A | |
| 588. - Thornburg Intl. Value I | | | | | | | | | |
| 589. - Virtus Multi Sect Sht Trm BDI | | | | | Sold (part) | 06/20/13 | J | A | |
| 590. | | | | | Sold (part) | 07/30/13 | J | | |
| 591. | | | | | Sold (part) | 08/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

WRIGHT, SUSAN W.

06/04/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 592. - ISHARES MSCI ASIA EX-JAPAN ETF | | | | | Buy | 02/07/13 | J | | |
| 593. - ISHARES MSCI EAFE SM CAP ETF | | | | | Buy | 02/07/13 | J | | |
| 594. - ISHARES MSCI EMU ETF | | | | | Buy | 11/21/13 | J | | |
| 595. - ISHARES MSCI JAPAN ETF | | | | | Buy | 09/18/13 | J | | |
| 596. - WISDOMTREE TRUST JAPN HEDGE EQ | | | | | Buy | 04/02/13 | J | | |
| 597. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 598. | | | | | Buy (add'l) | 07/30/13 | J | | |
| 599. | | | | | Sold (part) | 09/18/13 | J | A | |
| 600. - ALLIANCEBER SEL US LG/SHT ADV | | | | | Buy | 11/21/13 | J | | |
| 601. IRA ▓ | A | Int./Div. | M | T | Open | 10/21/13 | M | | |
| 602. - ASTRAZENECA PLC SPON ADR | | | | | Buy | 10/22/13 | J | | |
| 603. - BAE SYSTEMS PLACE | | | | | Buy | 10/22/13 | J | | |
| 604. - BANCO BILBAO VIZCAYA AGRENTARIA, S.A. ADR | | | | | Buy | 10/22/13 | J | | |
| 605. - BANK MONTREAL QUEBEC | | | | | Buy | 10/22/13 | J | | |
| 606. - BASF SE SPONSORED ADR | | | | | Buy | 10/22/13 | J | | |
| 607. - BHP BILLITON PLC-ADR | | | | | Buy | 10/22/13 | J | | |
| 608. - BK NOVA SCOTIA HALIFAX | | | | | Buy | 10/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 609. - BRISTOL MYERS SQUIBB CO | | | | | Buy | 10/22/13 | J | | |
| 610. - BRITISH AMERN TOB PLC SPON ADR | | | | | Buy | 10/22/13 | J | | |
| 611. - CHEVRON CORPORATION | | | | | Buy | 10/22/13 | J | | |
| 612. - DEUTSCHE BOERSE AG-UNSPO ADR | | | | | Buy | 10/22/13 | J | | |
| 613. - DIAGEO PLC SPONSORED ORD NEW | | | | | Buy | 10/22/13 | J | | |
| 614. - DOMINION RES INC VA NEW | | | | | Buy | 10/22/13 | J | | |
| 615. - DUKE ENERGY CORP COM NEW | | | | | Buy | 10/22/13 | J | | |
| 616. - EATON CORP PLC | | | | | Buy | 10/22/13 | J | | |
| 617. - ELI LILLY & CO | | | | | Buy | 10/22/13 | J | | |
| 618. - ENI S P A SPON ADR | | | | | Buy | 10/22/13 | J | | |
| 619. - GLAXOSMITHKLINE PLC-ADR | | | | | Buy | 10/22/13 | J | | |
| 620. - HARRIS CORP DEL | | | | | Buy | 10/22/13 | J | | |
| 621. - HSBC HOLDINGS PLC-SPON ADR | | | | | Buy | 10/22/13 | J | | |
| 622. - ITOCHU CORP ADR | | | | | Buy | 10/22/13 | J | | |
| 623. - JOHNSON & JOHNSON | | | | | Buy | 10/22/13 | J | | |
| 624. - KEPPEL LTD SPONSORED ADR | | | | | Buy | 10/22/13 | J | | |
| 625. - KIMBERLY-CLARK CORP | | | | | Buy | 10/22/13 | J | | |

1. Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) U =Book Value | V =Other | W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 626. - KONINKLIJKE PHILIPS N V NY REG SH | | | | | Buy | 11/01/13 | J | | |
| 627. - LAS VEGAS SANDS CORP | | | | | Buy | 10/22/13 | J | | |
| 628. - LOCKHEED MARTIN CORP | | | | | Buy | 10/22/13 | J | | |
| 629. - MCDONALDS CORP | | | | | Buy | 10/22/13 | J | | |
| 630. - MICHELIN (CGDE) UNSP ADR | | | | | Buy | 10/22/13 | J | | |
| 631. - MICROSOFT CORP | | | | | Buy | 10/22/13 | J | | |
| 632. - NATIONAL GRID PLC SPON ADR NEW | | | | | Buy | 10/22/13 | J | | |
| 633. - NESTLE S A REG ADR | | | | | Buy | 10/22/13 | J | | |
| 634. - NISSAN MTR LTD SPONS-ADR | | | | | Buy | 10/22/13 | J | | |
| 635. - NTT DOCOMO INC ADR SPONSORED ADR | | | | | Buy | 10/22/13 | J | | |
| 636. | | | | | Sold | 10/31/13 | J | | |
| 637. - NOVARTIS AG SPON ADR | | | | | Buy | 10/22/13 | J | | |
| 638. - OMV AG SPONSORED ADR NEW | | | | | Buy | 10/22/13 | J | | |
| 639. | | | | | Sold | 10/31/13 | J | | |
| 640. - PFIZER INCORPORATED | | | | | Buy | 10/22/13 | J | | |
| 641. - PHILIP MORRIS INTERNATIONAL INC | | | | | Buy | 10/22/13 | J | | |
| 642. - PPL CORPORATION | | | | | Buy | 10/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT — WRIGHT, SUSAN W. — 06/04/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 643. - PROCTER & GAMBLE CO | | | | | Buy | 10/22/13 | J | | |
| 644. - PRUDENTIAL PLC SPON ADR | | | | | Buy | 10/22/13 | J | | |
| 645. - PUBLIC SVC ENTERPRISE GROUP INC | | | | | Buy | 10/22/13 | J | | |
| 646. - RECKITT BENCKISER PLC SPONSORED ADR | | | | | Buy | 10/22/13 | J | | |
| 647. - ROCHE HOLDINGS LTD ADR | | | | | Buy | 10/22/13 | J | | |
| 648. - ROYAL DUTCH SHELL PLC ADR CL A | | | | | Buy | 10/22/13 | J | | |
| 649. - SANOFI ADR | | | | | Buy | 10/22/13 | J | | |
| 650. - SIEMENS A G - ADR | | | | | Buy | 11/01/13 | J | | |
| 651. - SINGAPORE TELECOMMUNICATIONS-ADR | | | | | Buy | 10/22/13 | J | | |
| 652. - SUMITOMO MITSUI FINL GROUP INC SPON ADR | | | | | Buy | 10/22/13 | J | | |
| 653. - TELENOR ASA-ADS | | | | | Buy | 10/22/13 | J | | |
| 654. - TELIASONERA AB-UNSPN ADR | | | | | Buy | 10/22/13 | J | | |
| 655. - TELSTRA CORPORATION LTD SPON ADR | | | | | Buy | 10/22/13 | J | | |
| 656. - TOTAL S.A. SPONS ADR | | | | | Buy | 10/22/13 | J | | |
| 657. - UNILEVER N V ADR | | | | | Buy | 10/22/13 | J | | |
| 658. - VERIZON COMMUNICATIONS COM | | | | | Buy | 10/22/13 | J | | |
| 659. - ZURICH INSURANCE GROUP ADR | | | | | Buy | 10/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts:

Line 2 - was erroneously included on 2012 (did not own as of 12/31/2012).

Line 5 - was erroneously included on 2012 (did not own as of 12/31/2012).

Line 6 - Reporting person is Trustee of this ▨ trust. The underlying assets are reported on lines 7 through 51. Line 8 was erroneously included on 2012 report (did not own as of 12/31/2012). Lines 44 was erroneously omitted from 2012 report.

Line 52 - Reporting person is Trustee of this ▨ trust. The underlying assets are reported on lines 53 through 90. Lines 53, 54 and 55 were erroneously included on 2012 report (did not own as of 12/31/2012). Lines 56, 57, 59, 63, 64, 65, 67, 68, 69, 78, 84, 85 were erroneously included in the 2012 report - the value of these investments were less than the reporting threshold at both 12/31/2012 and 12/31/2013. Line 58 appears to be a duplicate of line 79. Line 80 fell below the reporting threshold for 2013. Line 87 was erroneously omitted from 2012 report.

Line 91 - Reporting person is Trustee of this ▨ trust. The underlying assets are reported on lines 92 through 131. Lines 102, 107, and 110 were erroneously included on 2012 report (did not own as of 12/31/2012). Line 120 appears to be a duplicate of line 97. Line 121 was erroneously included in 2012 report - the value of this investment was less than reporting threshold at both 12/31/2012 and 12/31/2013. Line 125 was erroneously omitted from 2012 report.

Line 132 - Reporting person was Trustee of this ▨ trust. The underlying assets are reported on lines 133 through 152. Reporting person resigned as Trustee as of 10/26/2013. The investments and reportable transactions are reported through 10/26/2013. These will no longer be reportable in future years. Line 146 was erroneously omitted from 2012 report.

Line 153 - an IRA account. The underlying assets are reported on lines 154 through 228. Lines 158, 160, 176, 190, and 192 were erroneously included on 2012 report (did not own as of 12/31/2012). Line 167 appears to be a duplicate of line 168, line 177 appears to be a duplicate of line 162, line 189 appears to be a duplicate of line 161, line 200 appears to be a duplicate of line 186, and line 201 appears to be a duplicate of line 197.

Line 229 - Reporting person was Trustee of this ▨ trust. The underlying assets are reported on lines 230 through 337. Reporting person resigned as Trustee as of 10/26/2013. The investments and reportable transactions are reported through 10/26/2013. These will no longer be reportable in future years. Lines 237, 238, 240, 246, 248, 262, 273 and 279 were erroneously included on 2012 report (did not own as of 12/31/2012). Lines 301, 302, 303, 306, 307, 308, 309 and 310 were erroneously omitted from 2012 report. Line 243 appears to be a duplicate of line 244.

Line 338 - A heading for a brokerage account. The underlying assets are reported separately on lines 339 through 350, including the income, year-end values and transactions. Line 345 was erroneously included on 2012 report (did not own as of 12/31/2012). Line 347 was erroneously omitted from 2012 report.

Line 351 - Reporting person is Trustee of this ▨ trust. It is invested solely in cash.

Line 352 - This asset was held in trust of which reporting person resigned as of 10/26/2013. This will no longer be reportable in future years.

Line 353 - an IRA account. The underlying assets are reported on lines 354 through 543. Lines 359 was erroneously included on 2012 report (did not own as of 12/31/2012). Lines 454, 455, 456, 457, 459, 460, 462, 465, 466, and 467 were erroneously omitted from 2012 report.

Line 546 - is ▨ asset that was held in trust, of which reporting person has resigned as of 10/26/2013 and will not be reportable in future years.

Line 552 - is ▨ asset that was held in trust, of which reporting person has resigned as of 10/26/2013 and will not be reportable in future years.

Line 553 - Reporting person is Trustee of this ▨ trust. The underlying assets are reported on line 554 through 600.

Line 601 - an IRA account. The underlying assets are reported on lines 602 through 659.

Line 324 on 12/31/2012 report should have had a dash before it to indicate that it was held in 2012 line 236. It is reported currently on 2013 line 300 as held in 2013 line 229.

Line 216 on 12/31/2012 report was noted with (Y), but had a transaction of "buy", so I'm not sure what the intent was with regard to this investment. Nevertheless, did not own as of 12/31/2012 and therefore not included on 2013 FDR.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN W. WRIGHT**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544